AO 440 (Rev. 10/93) Summons in a Civil Action

# United
## SOUTHERN

VICTOR SANCHEZ on his own beha
and on behalf of others similarly situa

V.

ST NICK SECURITY & HARDWARE
NATIONAL REGISTERED AGENTS
ALAMO SECURITY & HARDWARE
ROBERT BIGGIE, an individual,

TO: (Name and address of

ST NICK SECURITY
NATIONAL REGISTE
ROBERT BIGGIE, ar
875 AVENUE OF TH
NEW YORK, NEW Y

**YOU ARE HEREBY SUMM(**

Helen F. Dalton and
69-12 Austin Street
Forest Hills, NY 1137
(718) 263-9591

---

ORIGINAL-WHITE    DUPLICATE-YELLOW    TRIPLICATE-PINK
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 621666

at

RECEIVED FROM Helen Dalton

07 CV 6494 (HB)

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U S Governm |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

INVOICE #79150
DATE\TIME: 7/18/2007 12:40:22 PM
CASHIER: SAYRA #3
STATION: 01
================================
1  COMPLAINT 4/06           $350.00
       086900   $60.
       510000   $190.00
       086400   $100.00
================================
GRAND TOTAL               $350.00

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn

| DATE: | Cash | Check | M.O | Credit |
|---|---|---|---|---|
| 20 | | | | |

DEPUTY CLERK:

---

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 18 2007

**J. MICHAEL McMAHON**

CLERK

DATE

(BY) DEPUTY CLERK

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ in a civil action | July 23, 2007    at:    10:10 AM |
| NAME OF SERVER *(PRINT)* Charles Kastner | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant  Place where served: 875 Avenue of the Americas, Ste.501
ST Nick Security & Hardware, Inc.    New York, NY 10001

☒ Left copies thereof at the defendant's place of business ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Gerri Miranda, Managing Agent, Assistant Secretary/ Auth. to Accept

Desc: White Female, Black Hair, 56 yrs., 5'5, 165 lbs.

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 27, 2007___    _[signature]_
            Date                    Signature of Server

Charles Kastner - #957455
Valley Stream, NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No ITR5031218
Qualified in Nassau County
Commission Expires August 1, 2010

_[notary signature: Lynn M. Tranquellino]_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> *in a civil action | DATE August 7, 2007 | at: 11:55 AM |
| NAME OF SERVER (PRINT) Thomas M. Arleo | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant  Place where served: 138 Bogerts Mill Rd., Harrington Park, NJ 07640
Robert Biggie, an individual☒

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ **place of residence** with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: "Jane Doe"(refused name) - Co-tenant
Desc: White Female, Brown Hair, 55 yrs., 5'6, 150 lbs.

☐ Returned unexecuted:

Mailing a copy on 8/8/07

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 8, 2007
                        Date

*Signature of Server*
Thomas M. Arleo

LYNN M. TRANQUELLINO
Notary Public, State of New York
No ITR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

Huntington, NY
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ in a civil action | DATE August 7, 2007 at 11:55 AM |
| NAME OF SERVER *(PRINT)* Thomas M. Arleo | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 138 Bogerts Mill Rd., Harrington Park, NJ 07640
Alamo Security & Hardware

☒ Left copies thereof at the defendant's place of residence abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: "Jane Doe"(refused name)- Manager, Auth. to Accept
Desc: White Female, Brown Hair, 55 yrs., 5'6, 150 lbs.

☐ Returned unexecuted:

Mailing a copy on 8/8/07

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 8, 2007
Date

Signature of Server
Thomas M. Arleo

Huntington NY
Address of Server

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> in a civil action | DATE  July 23, 2007    at:  10:10 AM |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant  Place where served: 875 Avenue of the Americas, Ste.501
National Registered Agents, Inc.         New York, NY 10001
                            place of business

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  Gerri Miranda, Assistant Secretary/Managing Agent, Auth. to Accept
Desc: White Female, Black Hair, 56 yrs., 5'5, 165 lbs.

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 27, 2007
               Date                         Signature of Server

                                    Charles Kastner - #957455
LYNN M. TRANQUELLINO                Valley Stream, NY
Notary Public, State of New York
No. ITR5031219                      Address of Server
Qualified in Nassau County
Commission Expires August 1, 2010

Lynn M. Tranquellino

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.