Helen F. Dalton & Associates, PC
Helen F. Dalton (HD 3231)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VICTOR SANCHEZ on his own behalf
and on behalf of others similarly situated,

            Plaintiffs,

      NOTICE OF VOLUNTARY
      DISMISSAL WITHOUT
      PREJUDICE PURSUANT
      TO FED. R. CIV. P. 41(a)(1)(i)

-against-

CV-07-6494

ST NICK SECURITY & HARDWARE, INC.,
NATIONAL REGISTERED AGENTS, INC.,
ALAMO SECURITY & HARDWARE and
ROBERT BIGGIE, an individual,
           Defendants.
_____/

  **PLEASE, TAKE NOTICE**, that Plaintiffs through and by the undersigned counsel Voluntarily Dismiss this Action Without Prejudice pursuant to Federal Rules of Civil Procedure 41 (a)(1)(i)

Dated: Forest Hills, New York
   October 3, 2007

By: _____
**Helen F. Dalton & Associates, PC**
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

SO ORDERED:

_____
U.S. DISTRICT COURT JUDGE